[No. 3632-4-III.  Division Three.  June 23, 1981.]

GILBERT W. LAWSON, *Appellant*, v. DANIEL C. MCDOUGALD, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Spokane County, No. 79-2-03203-9, William J. Grant, J., entered August 29, 1979. *Affirmed* by unpublished opinion per McInturff, C.J., concurred in by Green and Roe, JJ.

[No. 4009-7-III.  Division Three.  June 23, 1981.]

*In the Matter of the Marriage of* DRONUS B. SPITZER, *Respondent, and* REYNOLD O. SPITZER, *Appellant.*

Appeal from a judgment of the Superior Court for Spokane County, No. 79-2-07589-7, David M. Thorne, J. Pro Tem., entered May 9, 1980. *Affirmed* by unpublished opinion per Roe, J., concurred in by McInturff, C.J., and Green, J.

[No. 7792-9-I.  Division One.  June 22, 1981.]

THE STATE OF WASHINGTON, *Respondent*, v. LENNIS MYLES BARILLEAUX, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 84913, Jerome M. Johnson, J., entered June 4, 1979. *Affirmed* by unpublished opinion per Swanson, J., concurred in by Andersen, J., Williams, J., dissenting.

[No. 8304-0-I.  Division One.  June 22, 1981.]

*In the Matter of the Marriage of* FRANK GASWINT, *Respondent, and* DEBBIE GASWINT, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 139849, John F. Wilson, J., entered November 27, 1979. *Affirmed* by unpublished opinion per Andersen, J., concurred in by Ringold, A.C.J., and Corbett, J.